BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALEJANDRE-CORONA

RECEIVED JUL 27 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

FILED JUL 27 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRUZ HUMBERTO ALEJANDRE-CORONA, <br><br> Defendant. | No. CR 05-00347 CW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING/TRIAL SETTING DATE; FILING DATES |

It is hereby stipulated by and between the parties that the briefing schedule in the above-referenced case may be modified as follows: the filing date for government's opposition to defendant Alejandre-Corona's Motion for Relief from Prejudicial Joinder and Misjoinder of Counts (the "motion"), currently set for August 1, 2005, shall be continued to August 29, 2005; the filing date for defendant Alejandre-Corona's reply in support of the motion, currently set for August 3, 2005, shall be continued to August 31, 2005; the motion hearing/trial setting date in this case, currently set for August 8, 2005, at 2:00 p.m., shall be vacated and continued to Monday, September 19, 2005, at 2:00 p.m. in Courtroom No. 2 before Honorable Claudia Wilken. The motion was filed on July 25, 2005.

The reason for the continuance is that counsel for defendant Alejandre-Corona is unavailable

STIP. & ORDER CONT.
FILING & HEARING DATES

- 1 -

1  on August 8, 2005. Counsel for both parties will be in trial during the week of August 15, 2005, and
2  possibly the week of August 22, 2005. September 5, 2005, is a federal holiday and government
3  counsel will be unavailable on September 12, 2005. Further, defense counsel needs time to conduct
4  additional investigation to better assess the case before trial setting on September 19, 2005.

5      The parties agree that the time is currently being excluded under the Speedy Trial Act because
6  there is a motion pending. 18 U.S.C. §3161(h)(1)(F). The parties further stipulate that the ends of
7  justice served by the continuance requested herein outweigh the best interests of the public and the
8  defendant in a speedy trial because the failure to grant such a continuance would unreasonably
9  deny counsel for the defendant the reasonable time necessary for effective preparation, taking into
10  account the exercise of due diligence and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and
11  18 U.S.C. §3161(h)(8)(B)(iv).

12  DATED: July 27, 2005

13  JOYCE LEAVITT
    Assistant Federal Public Defender
14

15  DATED: July ___, 2005

16  DEBORAH DOUGLAS
    Assistant United States Attorney

17

18  ORDER

19      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the briefing schedule be
20  modified as follows: the filing date for government's opposition to the motion shall be continued
21  from August 1, 2005, to August 29, 2205; the filing date for defendant Alejandre-Corona's reply in
22  support of the motion shall be continued from August 3, 2005 to August 31, 2005; the motion
23  hearing/trial setting date shall be continued from August 8, 2005, to Monday, September 19, 2005, at
24  2:00 p.m. in Courtroom No. 2 before Honorable Claudia Wilken.
25      IT IS FURTHER ORDERED that the ends of justice served by the granting of the
26

STIP. & ORDER CONT.
FILING & HEARING DATES

1  on August 8, 2005. Counsel for both parties will be in trial during the week of August 15, 2005, and
2  possibly the week of August 22, 2005. September 5, 2005, is a federal holiday and government
3  counsel will be unavailable on September 12, 2005. Further, defense counsel needs time to conduct
4  additional investigation to better assess the case before trial setting on September 19, 2005.
5      The parties agree that the time is currently being excluded under the Speedy Trial Act because
6  there is a motion pending. 18 U.S.C. §3161(h)(1)(F). The parties further stipulate that the ends of
7  justice served by the continuance requested herein outweigh the best interests of the public and the
8  defendant in a speedy trial because the failure to grant such a continuance would unreasonably
9  deny counsel for the defendant the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and
11 18 U.S.C. §3161(h)(8)(B)(iv).
12
13 DATED: July 27, 2005
14                                    _____
                                      JOYCE LEAVITT
                                      Assistant Federal Public Defender
15 DATED: July 26, 2005
16                                    _____
                                      DEBORAH DOUGLAS
17                                    Assistant United States Attorney
18
19                                    ORDER
20 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the briefing schedule be
   modified as follows: the filing date for government's opposition to the motion shall be continued
21 from August 1, 2005, to August 29, 2205; the filing date for defendant Alejandre-Corona's reply in
22 support of the motion shall be continued from August 3, 2005 to August 31, 2005; the motion
23 hearing/trial setting date shall be continued from August 8, 2005, to Monday, September 19, 2005, at
24 2:00 p.m. in Courtroom No. 2 before Honorable Claudia Wilken.
25    IT IS FURTHER ORDERED that the ends of justice served by the granting of the
26

STIP. & ORDER CONT.
FILING & HEARING DATES

- 2 -

continuance from August 8, 2005 until September 19, 2005 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and 18 U.S.C. §3161(h)(8)(B)(iv). Furthermore, time may be excluded because of the pendency of the motion. 18 U.S.C. §3161(h)(1)(F),

IT IS SO ORDERED.

Dated: July 27, 2005

CLAUDIA WILKEN
United States District Judge