1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California  94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant ALEJANDRE-CORONA

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   No. CR 05-00347 CW
                                          )
12      Plaintiff,                        )   STIPULATION AND ORDER
                                          )   CONTINUING MOTION
13 v.                                     )   HEARING/TRIAL SETTING DATE;
                                          )   FILING DATES
14 CRUZ HUMBERTO ALEJANDRE-CORONA,        )
                                          )
15      Defendant.                        )
                                          )
16

17      It is hereby stipulated by and between the parties that the briefing schedule in the above-referenced

18 case may be modified as follows: the filing date for government's opposition to defendant Alejandre-

19 Corona's Motion for Relief from Prejudicial Joinder and Misjoinder of Counts (the "motion"), currently set

20 for August 29, 2005, shall be continued to August 30, 2005; the filing date for defendant Alejandre-

21 Corona's reply in support of the motion, currently set for August 31, 2005, shall be continued to

22 September 2, 2005; the motion hearing/trial setting date in this case, currently set for September 19, 2005,

23 at 2:00 p.m., shall be vacated and continued one week to Monday, September 26, 2005, at 2:00 p.m. in

24 Courtroom No. 2 before Honorable Claudia Wilken.  The motion was filed on July 25, 2005.

25      The reason for the one week continuance of the hearing date is that defense counsel just learned that

26

STIP. & ORDER CONT.
FILING & HEARING DATES
                                    -  1  -

she needs to be out of the office on September 19, 2005, because of a medical matter and is unavailable on that date.  Further, defense counsel still needs additional time to conduct investigation to better assess the case before trial setting on September 26, 2005.

The parties agree that the time is currently being excluded under the Speedy Trial Act because there is a motion pending.  18 U.S.C. §3161(h)(1)(F).  The parties further stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:  August 29, 2005          /S/
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender

DATED:  August 29, 2005          /S/
                                 DEBORAH DOUGLAS
                                 Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature(/s/) within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the briefing schedule be  modified as follows: the filing date for government's opposition to the motion shall be continued from August 29, 2005, to August 30, 2205; the filing date for defendant Alejandre-Corona's reply in support of the motion shall be continued from August 31, 2005 to September 2, 2005; the motion hearing/trial setting date shall be continued from September 19, 2005, to Monday, September 26, 2005, at 2:00 p.m. in Courtroom No.

STIP. &  ORDER CONT.
FILING & HEARING DATES

1 | 2 before Honorable Claudia Wilken.

2 |     IT IS FURTHER ORDERED that the ends of justice served by the granting of the continuance from

3 | September 19, 2005 until September 26, 2005 outweigh the best interests of the public and the defendant

4 | in a speedy and public trial because additional investigation and review are necessary to the defense

5 | preparation of the case and that the failure to grant the requested continuance would unreasonably deny the

6 | defendant's counsel the reasonable time necessary for effective preparation, taking into account due

7 | diligence and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and 18 U.S.C. §3161(h)(8)(B)(iv).

8 | Furthermore, time may be excluded because of the pendency of the motion. 18 U.S.C. §3161(h)(1)(F).

9 |     IT IS SO ORDERED.

10 |                                               /s/ CLAUDIA WILKEN

11 | Dated: August 31, 2005

12 |                                               CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER
CONTINUING COURT DATE                          - 3 -