KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR05-00347 CW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DATES |
| v. | |
| CRUZ HUMBERTO ALEJANDRE-CORONA, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, and defendant Cruz Humberto Alejandre-Corona, by and through his counsel of record, Assistant Federal Public Defender Joyce Leavitt, hereby stipulate that the filing date for the government's opposition to defendant's motion to sever counts shall be continued to August 31, 2005, and the filing date for the defendant's reply shall be continued to September 6, 2005.

   1  By stipulation filed on August 29, 2005, the parties agreed to continue the hearing date to September 26, 2005, extend the filing date for the government's opposition from August 29, 2005 to August 30, 2005, and extend the filing date for the defendant's reply from August 31, 2005 to September 2, 2005.

STIPULATION AND ORDER
CR05-00347 CW

2. On the due date of August 30, 2005, the government's counsel faxed its opposition to the defense counsel, but was unable to successfully use the e-filing system to file that document after normal duty hours. On August 31, 2005, the government's counsel made minor revisions to the government's opposition, re-signed it, and an experienced e-filing user filed the document before 9 a.m.

Dated: 8/3/05

_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

Dated:

/S/  see attached
_____
JOYCE LEAVITT
Assistant Federal Public Defender

IT IS SO ORDERED.

Dated:   9/2/05

_____
HONORABLE CLAUDIA WILKEN
United States District Judge



STIPULATION AND ORDER
CR05-00347 CW

1   2. On the due date of August 30, 2005, the government's counsel faxed its opposition to the
2   defense counsel, but was unable to successfully use the e-filing system to file that document after
3   normal duty hours. On August 31, 2005, the government's counsel made minor revisions to the
4   government's opposition, re-signed it, and an experienced e-filing user filed the document before
5   9 a.m.
6
7   Dated: ___
8   DEBORAH R. DOUGLAS
    Assistant United States Attorney
9
10  Dated: 8/31/05
    JOYCE LEAVITT
11  Assistant Federal Public Defender

    IT IS SO ORDERED.
13
14  Dated:
    HONORABLE CLAUDIA WILKEN
15  United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
CR05-00347 CW