1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALEJANDRE-CORONA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR 05-00347 CW
                                       )
12         Plaintiff,                  )   STIPULATION AND ORDER
                                       )   CONTINUING COURT DATE
13 v.                                  )
                                       )
14 CRUZ HUMBERTO ALEJANDRE-CORONA,     )
                                       )
15         Defendant.                  )
   _____)

16

17     It is hereby stipulated by and between the parties that the court date in the above-referenced

18 case, currently scheduled for October 31, 2005, at 2:00 p.m. in Courtroom No. 2 before Honorable

19 Judge Claudia Wilken, may be continued two weeks to November 14, 2005, at 2:00 p.m. for trial

20 setting or disposition.  The status of the case is that the parties are discussing a disposition and

21 defense counsel is continuing to obtain relevant documents and conduct its investigation in order

22 to better assess the case prior to the next court appearance.  If the matter cannot be resolved, the

23 investigation will assist the defense with trial preparation.  A continuance to November 14, 2005,

24 will enable defense counsel to continue obtaining documents and investigating the case.  The

25 parties therefore stipulate that the time from October 31, 2005, to November 14, 2005, should be

26

STIP. & ORDER CONT.
COURT DATE
                                    - 1 -

1  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)
2  and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to obtain
3  additional documents and continue with its investigation.

5  DATED:  October 27, 2005      /S/
                                 _____
6                                JOYCE LEAVITT
                                 Assistant Federal Public Defender

8  DATED:  October 27, 2005      /S/
                                 _____
9                                DEBORAH R. DOUGLAS
                                 Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

16 DATED:  October 27, 2005      /S/
                                 _____
17                               MARILEE BARBEAU
                                 Legal Secretary

STIP. & ORDER CONT.
COURT DATE

- 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date, currently scheduled for Monday, October 31, 2005, at 2:00 p.m., before Honorable Judge Claudia Wilken, shall be continued to Monday, November 14, 2005, at 2:00 p.m., in Oakland, California, for trial setting or disposition.

IT IS FURTHER ORDERED that the time from October 31, 2005, to November 14, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) for adequate preparation of counsel in order to allow defense counsel to obtain documents and continue with its investigation in preparation for either a disposition or for trial. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional review and investigation is necessary and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 10/27/05

*/s/ Claudia Wilken*

HONORABLE CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER
CONTINUING COURT DATE     - 3 -