**United States District Court**
For the Northern District of California

1
2
3         IN THE UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
UNITED STATES OF AMERICA,            No.  CR-05-00347 CW
7
         Plaintiff,           ORDER FOR PRETRIAL
8                             PREPARATION FOR CRIMINAL
v.                            JURY TRIAL
9
CRUZ HUMBERTO ALEJANDRE-
10 CORONA,
11          Defendant(s).
_____/
12
13      Good cause appearing, it is hereby ordered that:
14      1.   TRIAL DATE
15          a.  Jury trial will begin on February 6, 2006[1], at 8:30
16 A.M., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,
17 California.
18          b.  The length of trial will be not more than 3 days.
19      2.   DISCOVERY
20          Both sides will comply with the Federal Rules of
21 Criminal Procedure, Crim. L.R. 16-1, and the United States will
22 comply with Brady v. Maryland, 373 U.S. 83 (1963) and United
23 States v. Agurs 427 U.S. 97 (1976).
24      3.   MOTIONS
25          Pretrial motions shall be noticed in accordance with
26 Crim. L.R. 47-2 for any available Monday on or before January 30,
27
28      [1]April 17, 2006, at 8:30 a.m. set as backup trial date.

2006.

    4.  <u>PRETRIAL CONFERENCE</u>

       a.  A pretrial conference will be held on Monday, January 30, 2006, at 2:00 P.M., in Courtroom 2.  It shall be attended by the attorneys who will try the case.

       b.  **Not less than one week prior to the pretrial conference**, counsel shall comply with Crim. L.R. 17.1-1(b).

       c.  Jury instructions §1.1 through §1.12, §3.1 through §3.10 and §7.1 through §7.6 from the <u>Manual of Model Jury Instructions for the Ninth Circuit</u> (2000) will be given absent objection.  Counsel shall jointly submit one set of additional proposed jury instructions, ordered in a logical sequence, together with a table of contents, using the Ninth Circuit Manual where possible, or Devitt and Blackmar or CALJIC, **not less than one week prior to the pretrial conference**.  Any instructions on which counsel cannot agree shall be marked as "disputed," and shall be included within the jointly submitted instructions and accompanying table of contents, in the place where the party proposing the instruction believes it should be given.  Argument and authority for and against each disputed instruction shall be included as part of the joint submission, on separate sheets directly following the disputed instruction.  Counsel for the United States shall submit a verdict form.  The attached voir dire will be given to the venire members.  Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court.  Any voir dire questions on which counsel cannot agree shall be submitted separately.  Counsel will be

2

allowed brief follow-up voir dire after the Court's questioning.
Any motions in limine should be noticed for hearing at the
pretrial conference in accordance with Criminal Local Rule 47-2.

    5.   <u>JURY SELECTION</u>

The Jury Commissioner will summon 35 to 40 prospective
jurors.  The Courtroom Deputy will select their names at random
and seat them in the courtroom in the order in which their names
are called.

Voir dire will be asked of sufficient venire persons so that
twelve (plus a sufficient number for alternates) will remain after
all peremptory challenges and an anticipated number of hardship
dismissals and cause challenges have been made.

The Court will then take cause challenges, and discuss
hardship claims from the individual jurors, outside the presence
of the venire.  The Court will inform the attorneys which hardship
claims and cause challenges will be granted, but will not announce
those dismissals until the process is completed.  Peremptory
challenges will be made in writing and passed between counsel in
accordance with Crim. L.R. 24-2 and 24-3.  The Court will strike
the persons with meritorious hardships, those excused for cause,
and those challenged peremptorily, and call the first twelve
people (plus alternates) in numerical sequence remaining.  Those
people will be the jury.

Dated: 11/28/05

_____      _____
                               CLAUDIA WILKEN
                               United States District Judge

**United States District Court**
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1

                         JUROR QUESTIONNAIRE

2

Please fill out this form as completely as possible and print
3   clearly.  Since we want to make copies for the attorneys and the
Court, do not write on the back of any page.  If you need more
4   room, continue at the bottom of the page.  Thank you for your
cooperation.

5

6   1.    Your name: _____

7   2.    Your age: _____

8   3.    The City where you live:_____

9   _____

10  4.    Your place of birth: _____

11  5.    Do you rent or own your own home? _____

12  6.    Your marital status: (circle one)

13        single    married    separated    divorced    widowed

14  7.    What is your occupation, and how long have you worked in
          it?  (If you are retired, please describe your main
15        occupation when you were working).

16  _____

17  _____

18  8.    Who is (or was) your employer?

19  _____

20  9.    How long have you worked for this employer? _____

21  10.   Please list the occupations of any adults with whom you
22        live.

23  _____

      11.   If you have children, please list their ages and sex and,
24        if they are employed, please give their occupations.

25  _____

26  _____

27  _____

28                                  4

United States District Court

For the Northern District of California

_____

12.   Please describe your educational background:

      Highest grade completed: _____

      College and/or vocational schools you have attended:

_____

_____

_____

_____

      Major areas of study:_____

13.   Have you ever served on a jury? _____   No. of

      times?_____

      If yes:  State/County Court _____   Federal Court _____

      When? _____

      Was it a civil or criminal case? _____

_____

_____

      Did any of the juries reach a verdict? _____

(Rev. 3/03)