FILED
DEC 2 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 05-00347 CW |
| vs. | ) [PROPOSED] ORDER RE: |
| | ) CDC RECORDS |
| CRUZ HUMBERTO ALEJANDRE-CORONA, | ) |
| Defendant. | ) |

On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoenas issue for the specified CDC Records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before January 9, 2006.

IT IS FURTHER ORDERED that the Ex Parte Application and Declaration in Support of Order Authorizing Indigent Subpoena Under Rule 17(b) and (c), Federal Rules of Criminal Procedure be SEALED pending further order of the court.

DATED: DEC  2005

HON. CLAUDIA WILKEN
United States District Judge

ORDER

# United States District Court

Northern District **DISTRICT OF** California

| United States | SUBPOENA IN A |
| V. | CRIMINAL CASE |
| Cruz Humberto Alejandre-Corona | |

CASE NUMBER: CR 05-00347 CW

TO: Custodian of Records
California Department of Corrections
Archives Unit

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>1301 CLAY STREET<br>OAKLAND, CA 94612 | Hon. Claudia Wilken<br>No. 2 |
| | DATE AND TIME<br>January 9, 2006<br>2:00 pm |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

A complete and un-redacted copy of the CDC file for Cruz Humberto Alejandre-Corona, CDC Number P66989.

*Production of certified copies of the documents required to the Federal Public Defender Office on or before January 9, 2006, may suffice in lieu of personal appearance.*



| | DATE |
|---|---|
| (signature) | December 19, 2005 |
| Joyce Leavitt<br>555 - 12th Street, Ste. 650<br>Oakland, CA 94607-3627<br>(510) 637-3500    Investigator: Madeline Larsen | |