FILED

DEC 20 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00347 CW |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER RE:OPD COMMUNICATIONS RECORDS AND FILE |
| vs. ) | |
| ) | |
| CRUZ HUMBERTO ALEJANDRE-CORONA, ) | |
| Defendant. ) | |

On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoenas issue for the specified OPD Records from the Communications Division and OPD Records from the Records Division, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before January 9, 2006.

IT IS FURTHER ORDERED that the Ex Parte Application and Declaration in Support of Order Authorizing Indigent Subpoena Under Rule 17(b) and (c), Federal Rules of Criminal Procedure be SEALED pending further order of the court.

DATED: DEC 20 2005

HON. CLAUDIA WILKEN
United States District Judge

ORDER

# United States District Court

Northern District ——— **DISTRICT OF** ——— California

United States

V.

Cruz Humberto Alejandre-Corona

**SUBPOENA IN A CRIMINAL CASE**

**CASE NUMBER:** CR 05-00347 CW

**TO:** Custodian of Records
Oakland Police Department

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>1301 CLAY STREET<br>OAKLAND, CA 94612 | Hon. Claudia Wilken<br>No. 2 |
| | DATE AND TIME<br>January 9, 2006<br>2:00 pm |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE ATTACHMENT TO SUBPOENA FOR RECORDS REQUIRED.

*Production of certified copies of the documents required to the Federal Public Defender Office on or before January 9, 2006, may suffice in lieu of personal appearance.*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>(BY) DEPUTY CLERK | DATE<br>December 19, 2005 |
|---|---|
| ATTORNEY: Joyce Leavitt<br>555 - 12th Street, Ste. 650<br>Oakland, CA 94607-3627<br>(510) 637-3500   Investigator: Madeline Larsen | |

## Attachment to Subpoena
## United States vs. Cruz Humberto Alejandre-Corona

## Custodian of Records
## Oakland Police Department

a) Copies of any and all documentation corresponding to OPD case number 05-023553. Records to be provided should include, but not be limited to, arrest reports, suspect reports, warrant arrest reports, incident reports, supplemental reports, citations, witness statements, investigation reports, field contact reports, photographs, technicians reports, lab reports, property records, and any other records of contacts, notes, and/or memoranda, whether maintained on paper, computer, or audio or video tape. Records should include any documentation, notes or other materials in the possession of the investigating officers: Officer Loud, Officer Holton, Officer Nowak, and Officer Guerrero; and

(b) copies of any and all documentation relating to defendant Cruz Humberto Alejandre-Corona, aka Cruz Alejandre, aka Marco Roberto Ramirez, (PFN: bae232; DOB 3/17/79 or 3/17/81), including any contact sheets, field interview cards, police reports relating to the defendant from the time period beginning 1992 and through his arrest on May 4, 2005; and

(c) the CAD (Computer Aided Dispatch) printouts, logs, reports, memoranda or other writings that indicate or reflect communications between Oakland Police Officers who responded to a call on April 25, 2005 as documented in Oakland Police Department report RD #05-023553, incident number 1122; and

(d) recordings of all communications between callers to the 911 emergency dispatchers, Oakland Police dispatchers, and officers on both primary and secondary radio channels who responded to the scene of the alleged incident on April 25, 2005 indicated in Oakland Police Department report RD #05-023553, incident number 1122, including recordings, printouts, logs, reports or other writings that indicate or memorialize such communications.

**Certified copies of the requested documents, provided to the Federal Public Defender on or before January 9, 2006, may suffice in lieu of personal appearance.**