IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 20 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00347 CW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE:OPD HENTHORN RECORDS |
| CRUZ HUMBERTO ALEJANDRE-CORONA, | |
| Defendant. | |

On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore, *as modified CW*

IT IS HEREBY ORDERED that the following subpoenas issue for the specified OPD Records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas allow the production of the material to the Court for an *in camera* review on or before January 9, 2006 (with a protective order to be signed by defense counsel if so requested).

IT IS FURTHER ORDERED that the Ex Parte Application and Declaration in Support of Order Authorizing Indigent Subpoena Under Rule 17(b) and (c), Federal Rules of Criminal Procedure be SEALED pending further order of the court.

DATED: **DEC 20 2005**

_____
HON. CLAUDIA WILKEN
United States District Judge

ORDER

# United States District Court

Northern District _____ DISTRICT OF _____ California

United States

V.

Cruz Humberto Alejandre-Corona

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR 05-00347 CW

TO: Custodian of Records
Oakland Police Department

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>1301 CLAY STREET<br>OAKLAND, CA 94612 | Hon. Claudia Wilken<br>No. 2 |
| | DATE AND TIME<br>January 9, 2006<br>2:00 pm |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE ATTACHMENT TO SUBPOENA FOR RECORDS REQUIRED.



DATE: December 19, 2005

Joyce Leavitt
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627
(510) 637-3500   Investigator: Madeline Larsen

## Attachment to Subpoena
## United States vs. Cruz Humberto Alejandre-Corona

### Custodian of Records
### Oakland Police Department

Any and all records, written, recorded or otherwise, relating to complaints, investigations, or disciplinary action for: dishonest conduct, including but not limited to planting of evidence, writing false reports, and false testimony; racial bias; improper or illegal searches and/or seizures; wrongful arrests or detentions; or other acts of misconduct, lodged against the following Oakland Police Officers: *in the last five years.* *CW*

    Officer G. Loud, 8465P
    Officer R. Holton, 8459P
    Officer E. Guerrero, 7550A
    Officer S. Nowak, 8118C