**FILED**

DEC 2 0 2005

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br><br>CRUZ HUMBERTO ALEJANDRE-CORONA,<br><br>              Defendant. | No. CR 05-00347 CW<br><br>[PROPOSED] ORDER RE:OPD GANG TASK FORCE RECORDS |

On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following subpoenas issue for the specified OPD Records from the Records Division and Gang Task Force, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before January 9, 2006.

IT IS FURTHER ORDERED that the Ex Parte Application and Declaration in Support of Order Authorizing Indigent Subpoena Under Rule 17(b) and (c), Federal Rules of Criminal Procedure be SEALED pending further order of the court.

DATED:   DEC 2 0 2005

HON. CLAUDIA WILKEN
United States District Judge

ORDER

# United States District Court

Northern District ———————— **DISTRICT OF** ———— California ————

United States

**V.**

Cruz Humberto Alejandre-Corona

### SUBPOENA IN A CRIMINAL CASE

CASE NUMBER:    CR 05-00347 CW

**TO:**    Custodian of Records
Oakland Police Department

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>1301 CLAY STREET<br>OAKLAND, CA 94612 | Hon. Claudia Wilken<br>No. 2 |
| | DATE AND TIME<br>January 9, 2006<br>2:00 pm |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

SEE ATTACHMENT TO SUBPOENA FOR RECORDS REQUIRED .

*Production of certified copies of the documents required to the Federal Public Defender Office on or before January 9, 2006, may suffice in lieu of personal appearance.*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | December 19, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Joyce Leavitt
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627
(510) 637-3500    Investigator: Madeline Larsen

## Attachment to Subpoena
## United States vs. Cruz Humberto Alejandre-Corona

### Custodian of Records
### Oakland Police Department

Any and all records maintained by the Gang Unit regarding Cruz Humberto Alejandre-Corona (PFN: BAE232), whether as an adult or as a juvenile, pertaining to the following:

1.    All instances where Cruz Humberto Alejandre-Corona identified himself as a member of any gang
2.    All instances where Cruz Humberto Alejandre-Corona was identified by another individual as a member of a gang
3.    Any instances of Cruz Humberto Alejandre-Corona being in possession of gang writings, drawings, photographs, or other materials
4.    Any records of Cruz Humberto Alejandre-Corona participating in unique gang activities
5.    Any records of Cruz Humberto Alejandre-Corona's name appearing on a gang roster
6.    Any records of Cruz Humberto Alejandre-Corona wearing or being in possession of clothing unique to gang members
7.    Any photographs showing Cruz Humberto Alejandre-Corona in the company of other known gang members and the identities of those gang members
8.    Any records of Cruz Humberto Alejandre-Corona possessing tatoos unique to gang members
9.    Any records of Cruz Humberto Alejandre-Corona using hand signals or symbols identified with gang membership
10.   Any records of Cruz Humberto Alejandre-Corona being observed or arrested with known gang members
11.   Any records indicating Cruz Humberto Alejandre-Corona's classification as a known gang member, the gang (including specific branch) of presumed membership, the criteria used to make that classification, any dates of such criteria and/or classification, and any supporting documentation
12.   Any record showing any connection between Cruz Humberto Alejandre-Corona and Kevin Templeton (MO); Juan Barajas (MH, 19 Dec 84) and/or Juan Saldana (MH, 3 Apr 86)
13.   Any additional records maintained by the Gang unit regarding Cruz Humberto Alejandre-Corona

**Certified copies of the requested documents, provided to the Federal Public Defender on or before January 9, 2006, may suffice in lieu of personal appearance.**