UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff(s),             No. CR-05-00347-CW (WDB)

     v.                     ***AMENDED* ORDER CORRECTING HEARING DATE RE: DEFENDANT'S MOTION TO SHORTEN TIME**

CRUZ HUMBERO ALEJANDRE-CORONA,

      Defendant(s).

_____/

Having considered defendant's Motion to Shorten Time for the hearing on the government's motion to quash subpoenas, as well as the government's opposition to that motion, and taking into account all the pertinent circumstances, the undersigned hereby ORDERS the parties and counsel to appear in his courtroom at 11:30 a.m. on **Thursday**, **January 19, 2006**, for the hearing on the merits of the motion to quash the subpoenas.

The undersigned would be amenable to continuing the hearing on the motion to quash the subpoenas until a later date if the parties agree that postponing the trial date would be appropriate and if Judge Wilken expresses an inclination to grant a joint request to do so.

IT IS SO ORDERED.

Dated:   January 13, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copies to parties via ECF, Linda M. Moroz  - Attorney for City of Oakland and Oakland Police Department

caption.frm