KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-00347 CW |
| Plaintiff, ) | ORDER DENYING CONTINUING TRIAL |
| ) | TO THE SCHEDULED ALTERNATE |
| v. ) | DATE OF APRIL 17, 2006 |
| CRUZ HUMBERTO ALEJANDRE-CORONA, ) | |
| Defendant. ) | |

For good cause shown, the Court hereby **denies** the parties' stipulation to continue the trial in the above-captioned matter from February 6, 2006 to the scheduled alternate trial date of April 17, 2006 at 8:30 a.m. and the pre-trial conference to April 3, 2006 at 2 p.m. based upon the reasons set forth in the stipulation. It is further ordered that the time from February 6, 2006 through April 17, 2006 is excluded from the operation of the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(1)(F). **The motion to continue the trial and the pretrial conference will be held as scheduled.**

IT IS SO ORDERED.

1/19/06

Dated: _____          _____
                                                                                                /s/ Claudia Wilken

HONORABLE CLAUDIA WILKEN
United States District Court Judge