UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CRUZ HUMBERTO ALEJANDRE-CORONA,

    Defendant.

_____/

No. CR 05-0347 CW (WDB)

**ORDER SUBSEQUENT TO *IN CAMERA* REVIEW**

The court has completed its *in camera* review of the Internal Affairs Section files produced by the Oakland Police Department ("OPD") in response to this Court's Order Granting in Part and Denying in Part Motions by City of Oakland and by the United States to Quash Four Subpoenas, filed January 19, 2006. The Court's Order compels production of all records, "related to any accusations or complaints . . . that Officer Gregory Loud, Officer Richard Holton, Officer Stephen Nowak, or Detective Eugene Guerrero was untruthful or engaged in any conduct that was dishonest at any point in the five years preceding April 25, 2005."

The court has reviewed the following files provided by the OPD[1]:

| NAME OF OFFICER | FILES REVIEWED |
|---|---|
| Officer G. Loud | 05-074, 04-488, 04-423, 04-412, 04-102, 04-032 |
| Officer R. Holton | 04-152, 03-019, 02-253, 02-063, 01-234 |
| Officer S. Nowak | 04-425, 04-027, 03-112, 02-347, 02-318, 02-256, 02-247, 02-246, 02-152, 02-073, 01-156, 01-154, 01-147, 01-137. |

Having completed our review, we now ORDER the OPD to produce to defendant **immediately** the following files: file #s 04-423, 04-412, and 04-102 regarding Officer G. Loud, file # 03-019 regarding Officer R. Holton, and file #s 04-425, 02-256, 02-247, 01-154, and 02-152 regarding Officer S. Nowak.

The following **need not be produced**: File # 05-074, 04-488, and 04-032 regarding Officer G. Loud, file #s 04-152, 02-253, 02-063, and 01-234 regarding Officer R. Holton, and file #s 04-027, 03-112, 02-347, 02-318, 02-246, 02-073, 01-156[2], 01-147, and 01-137 regarding Officer S. Nowak.

///

///

Officer Muniz indicated to Court staff that he could not locate File # 01-199 regarding Officer Stephen Nowak. **By February 1, 2006**, Officer Muniz must submit a declaration stating that he has completed a reasonable, good faith search for this file. If Officer Muniz locates the file, he must present it <u>immediately</u> to the undersigned Magistrate Judge for *in camera* review.

---

[1] Officer Robert A. Muniz, III, Custodian of Records for the Oakland Police Department Internal Affairs Division, submitted a declaration on January 26, 2006, that states that he found no complaint files within the pertinent timeframe for Officer E. Guerrero. See Declaration of Officer Robert A. Muniz, III Regarding Pitchess Motion Citizen Complaint Files, filed January 26, 2006.

[2] File # 01-156 is closed with a notation that it is "the same case as 01-137."

At defendant's request, the OPD must make the original files available for inspection and copying. All documents produced pursuant to this Order are subject to the following Protective Order, which the court now enters: All documents produced are to be used for purposes of this litigation only. Contents of the files may not be disclosed to any person outside this litigation. At the conclusion of this matter, defendant must promptly return to the OPD all copies of the documents.

IT IS SO ORDERED.

Dated: January 27, 2006              /s/ Wayne D. Brazil
                                     WAYNE D. BRAZIL
                                     United States Magistrate Judge

cc: CW, WDB, stats,
AFPD Joyce Leavitt,
AUSA Deborah Douglas,
OPD.