UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRUZ HUMBERTO ALEJANDRE-CORONA,

    Defendant.

_____/

No. CR 05-0347 CW (WDB)

**ORDER FOLLOWING RECEIPT OF DECLARATION FROM OFFICER ROBERT A. MUNIZ, III**

    The Court has received and reviewed Officer Robert Muniz's declaration, filed February 6, 2006, and the Internal Affairs complaint sheet accompanying that declaration (the complaint sheet has been lodged but not filed). Officer Muniz has declared in good faith that he cannot locate File # 01-199. The Court also notes that on its face, the complaint sheet does not fall within the range of materials deemed discoverable by this Court. Accordingly, the Oakland Police Department is NOT required to provide this complaint sheet to the Federal Public Defender's Office.

    IT IS SO ORDERED.

Dated: February 7, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: CW, WDB, stats, AFPD Joyce Leavitt, AUSA Deborah Douglas, OPD.

1