1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 Clay St. – Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant
5  ALEJANDRE-CORONA

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )
                                       )   No. CR 05-00347 CW
                      Plaintiff,       )
11                                     )
          v.                           )   CLOTHING ORDER
12                                     )
   CRUZ HUMBERTO ALEJANDRE-            )
13 CORONA                              )
                                       )
14                    Defendant.       )

15

16
      Good cause appearing, it is hereby ORDERED that the defendant be permitted to dress in
17
   civilian clothing during the trial of this case and that the United States Marshals Service reasonably
18
   accommodate the defendant's need to change clothing in the mornings prior to trial, consistent with
19
   security regulations.
20

21
   Dated: March 7, 2006
22

23                           _____
                             /s/ Claudia Wilken
24                           CLAUDIA WILKEN
                             UNITED STATES DISTRICT JUDGE
25

26

- 1 -